No. 534. CEFARATTI *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *B. Dabney Fox* and *William Beasley Harris* for petitioner. *Solicitor General Cummings* filed a memorandum suggesting that the petition for a writ of certiorari was filed out of time.

No. 539. BYERS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *James J. Waters* and *Leo B. Parker* for petitioners. *Solicitor General Cummings, Assistant Attorney General Holland, Ellis N. Slack* and *Louise Foster* for respondent.

No. 543. GRIFFIN *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *R. Palmer Ingram* for petitioner. *Edward D. E. Rollins,* Attorney General of Maryland, and *Kenneth C. Proctor* and *Ambrose T. Hartman,* Assistant Attorneys General, for respondent.

No. 545. LEWIS ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *William F. White* for petitioners. *Solicitor General Cummings, Assistant Attorney General McInerney* and *Roger P. Marquis* for the United States.

No. 546. CALDWELL FURNITURE Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *Whiteford S. Blakeney* for petitioner. *Solicitor General Cummings, George J. Bott, David P. Findling, Dominick L. Manoli, Marcel Mallet-Prevost* and *Margaret M. Farmer* for respondent.